# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ANGELO DAVIS, | No. 2:20-CV-0077-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| HUTCHESON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not filed a complete application to proceed in forma pauperis, along with a certified copy of his trust account statement for the six-month period immediately preceding the filing of the complaint, nor has plaintiff paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a), (a)(2). In response to the court's first order directing plaintiff to resolve the fee status for this case, plaintiff filed a certified copy of his prison trust account statement, see ECF No. 7, but to date plaintiff has failed to file an application for leave to proceed in forma pauperis.

Plaintiff will be provided the opportunity to submit either a completed application to proceed in forma pauperis or the appropriate filing fee. Plaintiff is warned that failure to resolve the fee status of this case within the time provided may result in the dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule

1

110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit within 30 days of this Order, on the form provided by the Clerk of the Court, a complete application for leave to proceed in forma pauperis, or the appropriate filing fee; and

2. The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner.

Dated: February 25, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE