IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DON ANGELO DAVIS,** | Case No. 2:20-cv-00077-DMC |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO OPT OUT OF POST-SCREENING ADR PROJECT** |
| v. | |
| **HUTCHESON,** | |
| Defendant. | |

Defendant Hutchison moved for a thirty-day extension of time to file a motion to opt out of the Post-Screening ADR Project. The Court has read and considered the motion and counsel's accompanying declaration, and finds good cause exists to grant the motion.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion, ECF No. 27, for a thirty-day extension of time to file a motion to opt out of the Post-Screening ADR Project is GRANTED and any opt-out motion shall be filed by December 6, 2021.

**DATED:  NOVEMBER 19, 2021**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE