IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DON ANGELO DAVIS, | No. 2:20-CV-0077-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| HUTCHESON, et al., | |
| Defendants. | |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On October 6, 2021, the Court referred this matter to early alternative dispute resolution and stayed proceedings for 120 days. See ECF No. 26. On January 7, 2022, the matter was set for a settlement conference before Hon. Jeremy D. Peterson on April 27, 2022. On the Court's own motion, the stay of proceedings is hereby extended through April 27, 2022.

        IT IS SO ORDERED.

Dated: January 14, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE