**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DON ANGELO DAVIS,<br>Plaintiff,<br>v.<br>HUTCHESON, et al.,<br>Defendants. | No. 2:20-CV-0077-DMC-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 37, for an extension of time to file a response to Defendants' motion for leave to amend their answer. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to a COVID-19 lock-down at his prison, Plaintiff's motion is granted. Plaintiff's response to Defendants' motion for leave to amend their answer is due within 30 days of the date of this order. Plaintiff is cautioned that failure to file a response may be deemed consent to the relief requested by Defendants. See Local Rule 230(c), (l).

IT IS SO ORDERED.

Dated: July 5, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE